**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31131 (HDH) |
| In re:<br><br>WALL009 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31133 (SGJ) |
| In re:<br><br>WALL010 LLC,<br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31134 (BJH) |
| In re:<br><br>WALL011 LLC,<br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31135 (SGJ) |
| In re:<br><br>WALL012 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31136 (HDH) |

| | |
|---|---|
| In re:<br><br>WALL016 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31138 (BJH) |
| In re:<br><br>WALL017 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31139 (HDH) |

**NOTICE OF HEARING FOR MOTION FOR ENTRY OF AN ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 7 CASES**

PLEASE TAKE NOTICE that Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Lan Ji, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou, Yijing Wu, (collectively, the “Petitioning Creditors”), by and through their undersigned counsel, have filed *Motion For Entry Of An Order Directing Joint Administration Of Related Chapter 7 Cases* (the “Motion”).

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing and filed with the United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX, 75242 (the "Bankruptcy Court"), on or before **April 21, 2020 by 4:00 p.m. Prevailing Central Time** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the undersigned counsel so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **April 22, 2020 at 10:30 a.m. Prevailing Central Time** before the Honorable Judge Harlin D. Hale, United States Bankruptcy Judge, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX, 75242. **THE HEARING WILL TAKE PLACE VIA TELEPHONE. PARTIES SHOULD PRE-REGISTER WITH COURTCALL AT 866-582-6878 TO OBTAIN THE DIAL-IN INFORMATION. THE INFORMATION TO REGISTER FOR COURTCALL CAN BE FOUND IN EXHIBIT A ATTACHED TO THIS NOTICE.**

Dated: April 17, 2020

*/s/ Jiangang Ou*
Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
(832) 767-0339
Fax : (832) 767-0669
Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-246-3147
Email: spackman@archerlaw.com

*Counsel for the Petitioning Creditors*

# **Exhibit A**

# Instructions to Register for CourtCall

Parties who wish to appear via telephone in Judge Hale's court should contact CourtCall, an independent conference call company that provides conference call services for our court, at (866) 582-6878 or courtconference@courtcall.com to register for the appearance. ***Effective February 10, 2020, it will no longer be necessary to submit a written request or obtain court approval in advance.***

**Deadlines:** Participants must contact CourtCall to register for the appearance by 3:30 PM the day before the scheduled hearing and join the call no later than ten (10) minutes prior to the hearing time. **There is a small fee for the service.** Requests made AFTER the 3:30 PM deadline must be made via email to hdh_settings@txnb.uscourts.gov. The email should include the case number, the debtor's name, the hearing date, the hearing time, and the name of the person or persons for whom the telephonic request is being made.

**Phone Etiquette:** To ensure the quality of the call and recording of the proceedings, a landline should be used if at all possible; the speaker option should not be used. Also, please use the mute feature on your phone if available. On every occasion before speaking, you must identify yourself for the Record.

**Exceptions to Phone Participation: The Court will not permit the examination of witnesses via telephone.** Counsel wishing to examine witnesses will need to appear in person in the courtroom. Exceptions must be requested via an email to hdh_settings@txnb.uscourts.gov and will be considered on a case-by-case basis by Judge Hale.